IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO: 6:11-cv-00967

ASSOCIATION FOR DISABLED
AMERICANS, INC., AND
JANET SEVERT

   Plaintiffs,

vs.

PANNULLO'S ITALIAN RESTURUANT LLC.
AND OTHERS UNKNOWN

   Defendants.

_____

### JOINT STIPULATION FOR DISMISSAL WITH PREDJUDICE

Plaintiffs, JANET SEVERT and THE ASSOCIATION FOR DISABLED AMERICANS, INC., jointly referred to herein as "Plaintiffs," and Defendant(s), PANNULLO'S ITALIAN RESTURUANT LLC and OTHERS UNKNOWN, jointly referred to herein as "Defendant(s)," by and through undersigned counsels, herby files this Joint Stipulation For Dismissal With Prejudice, pursuant to 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and state as follows:

1.    The Plaintiffs, JANET SEVERT and THE ASSOCIATION FOR DISABLED AMERICANS INC., sued the Defendant(s), PANNULLO'S ITIALIAN LLC AND OTHERS UNKNOWN under the Americans With Disabilities Act 42 U.S.C. section 12181. (ADA).

2.    The Parties have executed a Confidential Settlement Agreement outlining the terms and conditions necessary to resolve the issues raised in the Complaint.

3. This dismissal is with prejudice. However, this Court is requested to retain jurisdiction to enforce the Settlement Agreement and to award attorneys' fees and costs incurred as a result of said enforcement, if required.

| | |
|---|---|
| Date:_____ | Date:_____ |
| s/Robben M. Heethuis, Esquire | s/Andrew Zelman |
| Florida Bar No: 0075899 | Florida Bar No: 427328 |
| Heethuis and Associates LLC | Cotter and Zelman, PA |
| Attorney for Plaintiffs | Attorney for Defendants |
| 1888 N. W. 7th Street | 2431 Lee Road |
| Miami, FL 33125 | Winter Park, FL 32789 |
| (269)-370-4751 Telephone | (407)-629-4711 Telephone |
| (305)-643-3334 Fax | (407)-629-0180 Fax |