# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ASSOCIATION FOR DISABLED**
**AMERICANS, INC., JANET SEVERT,**

        **Plaintiffs,**

-vs-                                    Case No. 6:11-cv-967-Orl-28GJK

**PANNULLO'S ITALIAN RESTAURANT,**
**LLC, OTHERS UNKNOWN,**

        **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. No. 36), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice. The Court declines to retain jurisdiction. All pending motions are **DENIED** as moot. The Clerk is directed to lift the stay and administrative closure entered on December 21, 2011, and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __13th__ day of April, 2012.

Copies furnished to:

Counsel of Record

JOHN ANTOON II
United States District Judge